UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kelly Thomas, Shawntel Jenkins,
Larry Coplen, and Michelle Coplen,

Plaintiffs,

v.

Tricon Global Restaurants, Inc., and
K.F.C. USA, Inc., Delaware
corporations,

Defendants.

---

File No. 01-CV-1283 (MJD/JGL)

**ORDER FOR DISMISSAL WITH PREJUDICE**

Upon the foregoing Stipulation, IT IS HEREBY ORDERED:

That a judgment of dismissal with prejudice and on the merits without cost to any party be entered in the above-entitled action.

DATED: August 29, 2001

BY THE COURT:

Michael J. [signature]
United States District Court Judge

::ODMA\PCDOCS\LIB1\698961\1

FILED AUG 29 [illegible]
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD AUG 29 2001
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kelly Thomas, Shawntel Jenkins, Larry Coplen, and Michelle Coplen,

Plaintiffs,

v.

Tricon Global Restaurants, Inc., and K.F.C. USA, Inc., Delaware corporations,

Defendants.

File No. 01-CV-1283 (MJD/JGL)

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

WHEREAS, the parties hereto desire, by execution hereof, to fully and finally resolve the subject matters of this action;

NOW, THEREFORE, it is stipulated and agreed between the plaintiffs and defendants and any and all of their heirs, successors and assigns, that the above-entitled action, may be and hereby is dismissed with prejudice, and on the merits, without further costs to any party and that a judgment of dismissal with prejudice, and on the merits may be entered pursuant to this Stipulation and without further notice.

Dated: 8-22-01

Michael Puklich (250661)
NEATON, PUKLICH & KLASSEN
Attorneys for Plaintiffs
601 Carlson Parkway, Suite 620
Minnetonka, MN 55305
(952) 258-8444

Dated: 8/27/01

Christopher J. Harristhal (175754)
LARKIN, HOFFMAN, DALY & LINDGREN, LTD.
Attorneys for Defendants
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, MN 55431
(952) 835-3800

::ODMA\PCDOCS\LIB1\698910\1

FILED ___
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ___
DEPUTY CLERK ___